# Exhibit A

**Fill in this information to identify the case:**

Debtor name    Hamilton Well Service LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................. $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................... $      774,113.42

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................. $      774,113.42

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      8,463,161.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      6,217,457.33

4.   **Total liabilities** ................................................................................
    Lines 2 + 3a + 3b      $      14,680,618.33

**Fill in this information to identify the case:**

Debtor name    Hamilton Well Service LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank<br>PO Box 659754<br>San Antonio, TX | Commercial Checking | 9230 | $3,061.37 |
| 3.2. | JPMorgan Chase Bank<br>PO Box 659754<br>San Antonio, TX | Commercial Checking | 0327 | $74.62 |
| 3.3. | JPMorgan Chase Bank<br>PO Box 659754<br>San Antonio, TX | Commercial Checking | 0138 | $1.00 |
| 3.4. | JPMorgan Chase Bank<br>PO Box 659754<br>San Antonio, TX | Commercial Checking | 2075 | $0.00 |
| 3.5. | JPMorgan Chase Bank<br>PO Box 659754<br>San Antonio, TX | Commercial Checking | 2935 | $10.49 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $3,147.48 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Hamilton Well Service LLC
Name

Case number *(If known)* _____

---

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: ____770,965.94____ - ____0.00____ = .... ___$770,965.94___
    face amount           doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    $770,965.94

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**  See Attachment 41 | Unknown | N/A | Unknown |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Hamilton Well Service LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 6270 W. Highway 21, Bryan, Texas | Nonresidential Real Property Lease | Unknown | N/A | Unknown |
| 55.2. 7506 Loop 175, Victoria, Texas | Nonresidential Real Property Lease | Unknown | | Unknown |
| 55.3. #3 Cox Road, Kilgore Texas | Nonresidential Real Property Lease | Unknown | N/A | Unknown |
| 55.4. 1987 FM 1581, Pearsall, Texas | Nonresidential Real Property Lease | Unknown | N/A | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

$0.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Hamilton Well Service LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

<div style="background:black;color:white">**Part 10:**</div> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

<div style="background:black;color:white">**Part 11:**</div> **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Lawsuit - Cause No. 16-DCV-230885; Hamilton Well Service, LLC v. First Solid Energy Group, LP; In the 400th Judicial District Court of Fort Bend County, Texas | Unknown |
| **Nature of claim**<br>**Amount requested**      $0.00 | |
| Lawsuit - Cause No. 5:15-cv-112; Bernardo Orozco v CAT, Inc. Isabelle Godbout and Toni Curkovic; In the United States District Court for the Southern District of Texas, Laredo Division | Unknown |
| **Nature of claim**<br>**Amount requested**      $0.00 | |
| Cause No. 5:15-cv-181; Hector Garza and Raul Hernandez v. Canadian Transport (CAT) Inc. and Toni Curkovic; In the United States District Court for the Southern District of Texas, Laredo Division | Unknown |
| **Nature of claim**<br>**Amount requested**      $0.00 | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Hamilton Well Service LLC | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     | $0.00 |
     |---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Debtor | Hamilton Well Service LLC | Case number *(If known)* |
|--------|---------------------------|--------------------------|
| | Name | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,147.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $770,965.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $774,113.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $774,113.42 |

**Fill in this information to identify the case:**

Debtor name    Hamilton Well Service LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**   Brett Jensen
Creditor's Name

16 Waterway Court
Spring, TX 77380
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
03/31/15
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

**Describe the lien**
Promissory Note/Security Agreement
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                                        $395,000.00            $0.00

**2.2**   Brett Jensen
Creditor's Name

16 Waterway Court
Spring, TX 77380
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
05/22/15
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

**Describe the lien**
Promissory Note/Security Agreement
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

                                                                        $22,000.00         Unknown

Debtor    Hamilton Well Service LLC        Case number (if know) _____
      Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Croff Oil Company, Inc. | Describe debtor's property that is subject to a lien | $715,000.00 | Unknown |

Creditor's Name

16 Waterway Court
Spring, TX 77380

Creditor's mailing address

All assets of the Debtor

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
03/31/15

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Croff Oil Company, Inc. | Describe debtor's property that is subject to a lien | $100,000.00 | Unknown |

Creditor's Name

16 Waterway Court
Spring, TX 77380

Creditor's mailing address

All assets of the Debtor

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
05/22/15

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Croff Oil Company, Inc. | Describe debtor's property that is subject to a lien | $714,161.00 | Unknown |

Creditor's Name

16 Waterway Court
Spring, TX 77380

Creditor's mailing address

All Assets of the Debtor

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 6

| Debtor | Hamilton Well Service LLC | Case number (if know) | |
|--------|---------------------------|----------------------|--|
| | Name | | |

**Date debt was incurred**
09/30/15
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Croff Oil Company, Inc. | **Describe debtor's property that is subject to a lien** | $200,000.00 | $0.00 |
|-----|-------------------------|--------------------------------------------------------|-------------|-------|
| | Creditor's Name | All assets of the Debtor | | |

16 Waterway Court
Spring, TX 77380
Creditor's mailing address

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/09/15
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Gerald L. Jensen | **Describe debtor's property that is subject to a lien** | $472,000.00 | Unknown |
|-----|------------------|--------------------------------------------------------|-------------|---------|
| | Creditor's Name | All assets of the Debtor. | | |

14 Hammock Dunes Place
The Woodlands, TX 77389
Creditor's mailing address

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
03/31/15
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Gerald L. Jensen | **Describe debtor's property that is subject to a lien** | $200,000.00 | $0.00 |
|-----|------------------|--------------------------------------------------------|-------------|-------|

---

| Debtor | Hamilton Well Service LLC | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

All assets of the Debtor

14 Hammock Dunes Place
The Woodlands, TX 77389

Creditor's mailing address

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
05/22/15

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | Gerald L. Jensen | | **Describe debtor's property that is subject to a lien** | $800,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

All assets of the Debtor

14 Hammock Dunes Place
The Woodlands, TX 77389

Creditor's mailing address

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
06/22/15

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | Gerald L. Jensen | | **Describe debtor's property that is subject to a lien** | $425,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

All assets of the Debtor

14 Hammock Dunes Place
The Woodlands, TX 77389

Creditor's mailing address

**Describe the lien**
Promissory Note/Security Agreement

**Is the creditor an insider or related party?**
☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
10/30/15

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Hamilton Well Service LLC**
Name

Case number (if know) _____

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 1 | **Jenco Investments Partnership** | | | |
|---|---|---|---|---|

Creditor's Name

**14 Hammock Dunes Place Spring, TX 77389**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
03/31/15
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

**Describe the lien**
Promissory Note/Security Agreement
**Is the creditor an insider or related party?**
□ No
■ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

$2,070,000.00      Unknown

---

| 2.1 2 | **Jenco Investments Partnership** | | | |
|---|---|---|---|---|

Creditor's Name

**14 Hammock Dunes Place Spring, TX 77389**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/22/15
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

**Describe the lien**
Promissory Note/Security Agreement
**Is the creditor an insider or related party?**
□ No
■ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

$350,000.00      Unknown

---

| 2.1 3 | **Thrift Opportunity Holdings, LP** | | | |
|---|---|---|---|---|

Creditor's Name

**14 Hammock Dunes Pl. Spring, TX 77389**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All assets of the Debtor including accounts receivable.

**Describe the lien**
Promissory Note and Accounts Receivable Financing Agreement

$1,500,000.00      Unknown

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of 6

Debtor   Hamilton Well Service LLC
         Name                                                                    Case number (if know)  _____

_____
Creditor's email address, if known

**Date debt was incurred**
09/30/15
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | Thrift Opportunity Holdings, LP |
|---|---|

Creditor's Name

14 Hammock Dunes Pl.
Spring, TX 77389
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
05/22/15
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**     $500,000.00          Unknown
All Assets of the Debtor

_____

**Describe the lien**
Promissory Note/Security Agreement
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $8,463,161.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name _____ Hamilton Well Service LLC _____

United States Bankruptcy Court for the: _____ SOUTHERN DISTRICT OF TEXAS _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>3D Welding & Industrial Supply, Inc<br>3016 Highway 123<br>San Marcos, TX 78666<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $482.88 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>A & A Auto Parts<br>320 S. Mulberry St.<br>Pearsall, TX 78061<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $3,355.52 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Able Fastener, Inc.<br>P.O. Box 22255<br>Beaumont, TX 77707<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _Lawsuit_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $37,168.27 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Accelerated Production Service, Inc<br>2002 Timberloch Place Suite 500<br>The Woodlands, TX 77380<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _Lawsuit_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $25,863.11 |

| Debtor | Hamilton Well Service LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,368.00 |
|---|---|---|---|
| | Ace Inspections<br>P.O. Box 396<br>Pearland, TX 77588 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $845.40 |
|---|---|---|---|
| | Acme Truck Line, Inc.<br>PO Box 415000<br>MSC-410683<br>Nashville, TN 37241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109.71 |
|---|---|---|---|
| | ADT Security Services Inc<br>P.O. Box 650485<br>Dallas, TX 75265-0485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,570.00 |
|---|---|---|---|
| | Allgayner Inc.<br>PO Box 611<br>El Campo, TX 77437 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,320.41 |
|---|---|---|---|
| | Alpha Machine and Repair<br>PO BOX 429<br>Jourdanton, TX 78026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,816.85 |
|---|---|---|---|
| | American Block Inc.<br>6311 BREEN RD.<br>Houston, TX 77086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.57 |
|---|---|---|---|
| | American Fire & Safety, Inc<br>3310 E. Adams Ave<br>Temple, TX 76501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $298.72 |
|---|---|---|---|

Aqua Beverage Company
701-A West Jackson
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,980.51 |
|---|---|---|---|

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Telephone Service__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,081.31 |
|---|---|---|---|

Aubaine Supply Company, Inc.
P.O. Box 727
Giddings, TX 78942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,015.50 |
|---|---|---|---|

Axiom Med. Consulting, LLC
4840 West Panther Creek Dr Suite 106
The Woodlands, TX 77381

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,640.00 |
|---|---|---|---|

B&J Wholesale LLC
PO Box 2190
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,464.20 |
|---|---|---|---|

B&W Metals
PO Box 19042
Houston, TX 77224-9042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,956.11 |
|---|---|---|---|

Baker Hughes Oilfield Operations
PO Box 301057
Dallas, TX 75303-1057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**

Barnett Bit
PO Box 9010
Wichita Falls, TX 76308

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

**Is the claim subject to offset?** ☐ No ☐ Yes

$6,078.75

---

**3.20** | **Nonpriority creditor's name and mailing address**

Bassler Base & Services Inc
PO Box 33
Bassler Energy Services
Deanville, TX 77852

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

**Is the claim subject to offset?** ☐ No ☐ Yes

$1,615.00

---

**3.21** | **Nonpriority creditor's name and mailing address**

BCBS Cobra Services
PO Box 731428
Cobra Services Health Care Service Corpo
Dallas, TX 75373-1428

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

**Is the claim subject to offset?** ☐ No ☐ Yes

$4,850.01

---

**3.22** | **Nonpriority creditor's name and mailing address**

Benchmark Energy Transport Services, Inc
P. O. Box 203904
Dallas, TX 75320-3904

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Lawsuit__

**Is the claim subject to offset?** ☐ No ☐ Yes

$14,356.80

---

**3.23** | **Nonpriority creditor's name and mailing address**

Beps Auto Supply
P.O. Box 253
Attn: Diane Matocha
Ganado, TX 77962

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

**Is the claim subject to offset?** ☐ No ☐ Yes

$8,497.10

---

**3.24** | **Nonpriority creditor's name and mailing address**

Bestway Oilfield, Inc
16030 Market Street
Channelview, TX 77530

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Lawsuit__

**Is the claim subject to offset?** ☐ No ☐ Yes

$74,218.87

---

**3.25** | **Nonpriority creditor's name and mailing address**

BlueCross BlueShield
P . O. BOX 731428
Dallas, TX 75373-1428

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

**Is the claim subject to offset?** ☑ No ☐ Yes

$302,073.36

---

Case 16-33058 Document 21-1 Filed in TXSB on 08/01/16 Page 19 of 55

| Debtor | Hamilton Well Service LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
Bobwhite Energy Service, LLC
P.O Box 8
Victoria, TX 77902

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$1,488.44

---

**3.27** | **Nonpriority creditor's name and mailing address**
Bonnie Ray
3233 Smetana Road
Bryan, TX 77807

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unpaid Insurance Claims__

Is the claim subject to offset? ■ No ☐ Yes

$2,400.00

---

**3.28** | **Nonpriority creditor's name and mailing address**
Braxton Services, Inc
P.O Box 2844
Attn: Ray Braxton
Longview, TX 75606

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$1,402.49

---

**3.29** | **Nonpriority creditor's name and mailing address**
Brazos Valley Welding Supply
1359 Harvey Mitchell Pkwy.
Bryan, TX 77803

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$4,495.16

---

**3.30** | **Nonpriority creditor's name and mailing address**
C&H Welding & Fabricating, Inc
P.O Box 868
CaldWell, TX 77836

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$397.82

---

**3.31** | **Nonpriority creditor's name and mailing address**
CAM Safety
PO Box 1366
Granbury, TX 76048

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$11,726.78

---

**3.32** | **Nonpriority creditor's name and mailing address**
Centerpoint Energy
16 Waterway Ct.
The Woodlands, TX 77380-2641

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$88.02

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $392.00 |
|---|---|---|---|
| | Ceridian Cobra Services | ☐ Contingent | |
| | P.O Box 10989 | ☐ Unliquidated | |
| | Newark, NJ 07193 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,021.92 |
|---|---|---|---|
| | Chemsearch | ☐ Contingent | |
| | P.O. Box 971269 | ☐ Unliquidated | |
| | Dallas, TX 75397-1269 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $645.20 |
|---|---|---|---|
| | City of Pearsall | ☐ Contingent | |
| | 215 S. Ash | ☐ Unliquidated | |
| | Pearsall, TX 78061 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $146.89 |
|---|---|---|---|
| | City of Victoria | ☐ Contingent | |
| | P.O. Box 1279 | ☐ Unliquidated | |
| | Utility Billing Office | ☐ Disputed | |
| | Victoria, TX 77902-1279 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,880.19 |
|---|---|---|---|
| | Clements Fluids South Texas | ☐ Contingent | |
| | 4710 Kinsey Dr., Suite 200 | ☐ Unliquidated | |
| | Tyler, TX 75703 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Comcast | ☐ Contingent | |
| | P O Box660618 | ☐ Unliquidated | |
| | Dallas, TX 75266-0618 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,500.00 |
|---|---|---|---|
| | Corporate Service LLC | ☐ Contingent | |
| | 3801 Plaza Tower Dr. | ☐ Unliquidated | |
| | Baton Rouge, LA 70816-4353 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | CRB Interests, LLC<br>550 Whittington Road<br>Kilgore, TX 73662 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,736.10 |
|---|---|---|---|
| | Custom Tinting & Truck<br>308 Circle Street<br>Victoria, TX 77901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,133.32 |
|---|---|---|---|
| | Dan Garcia, Jr.<br>6310 Miliam Branch LN<br>Rosenberg, TX 77471 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Unpaid Insurance Claims | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,156.30 |
|---|---|---|---|
| | Daniel Garcia Sr.<br>472 Becky Street<br>El Campo, TX 77437 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Unpaid Insurance Claims | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $213.50 |
|---|---|---|---|
| | Dash Drilling Products, LLC<br>1100 Deer Hill Drive<br>Bryan, TX 77807 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,073.26 |
|---|---|---|---|
| | Debco Supply LLC<br>P. O. BOX<br>Friendswood, TX 77549 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,825.00 |
|---|---|---|---|
| | DHW Well Service, Inc.<br>P.O. Box 1509<br>Carrizo Springs, TX 78834 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Hamilton Well Service LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.40 |
|---|---|---|---|
| | Dillahunty Emerg Phys, PLLC<br>P O Box 98762<br>Las Vegas, NV 89193-8762 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
|---|---|---|---|
| | DISA, Inc<br>PO Box 120314<br>DISA Golbal Solutions, Inc Dept. 890314<br>Dallas, TX 75312-0314 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,803.20 |
|---|---|---|---|
| | Distribution Now<br>P.O. BOX 200822<br>DNOW L.P.<br>Dallas, TX 75320-0822 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Lawsuit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,310.00 |
|---|---|---|---|
| | DK Energy Services<br>8700 Crownhill Blvd, Suite 100<br>San Antonio, TX 78209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,792.00 |
|---|---|---|---|
| | DK Rig Movers, LLC<br>PO Box 4652<br>Dept 457<br>Houston, TX 77210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,050.11 |
|---|---|---|---|
| | Donderosa Development Co.<br>8326 Highway 21 West<br>Bryan, TX 77807 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|
| | Downhole Oil Tools, Inc<br>Po Box 2393<br>Cypress, TX 77410-2393 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Dragon Rig Sales and Service, LTD
PO Box 3127
Beaumont, TX 77704

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

DRM Sales and Supply
c/o Brad Miller
Brockett & McNeel LLP
Midland, TX 79705

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

DRM Transportation Services
c/o Brad Miller
Brockett & McNeel LLP
Midland, TX 79705

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,213.40 |
|---|---|---|---|

DWZ Welding, Inc
P.O Box 535
Caldwell, TX 77836

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $891.84 |
|---|---|---|---|

Dynalloy Industries Inc.
P.O. BOX 10357
College Station, TX 77842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

E.L. Farmer & Company
P.O. BOX 3512
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,500.00 |
|---|---|---|---|

EHIM
26711 Northwestern Hwy, Ste,400
Southfield, MI 48033-2154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $194.99 |
|---|---|---|---|
| | Entergy | ☐ Contingent | |
| | PO Box 8104 | ☐ Unliquidated | |
| | Baton Rouge, LA 70891-8104 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utility Service | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,425.39 |
|---|---|---|---|
| | Evolution Oil Tools Inc | ☐ Contingent | |
| | P. O. Box 5363 2908 Coffey Street | ☐ Unliquidated | |
| | Victoria, TX 77903-5363 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,679.57 |
|---|---|---|---|
| | Excalibur Rentals Inc. | ☐ Contingent | |
| | PO Box 3941 | ☐ Unliquidated | |
| | Victoria, TX 77903 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,034.86 |
|---|---|---|---|
| | Famco Machine Shop | ☐ Contingent | |
| | 14823 Hooper Rd | ☐ Unliquidated | |
| | Famco | ☐ Disputed | |
| | Houston, TX 77047 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,177.22 |
|---|---|---|---|
| | Fire and Safety Equipment | ☐ Contingent | |
| | 1087 CR 3031 | ☐ Unliquidated | |
| | Carthage, TX 75633 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.20 |
|---|---|---|---|
| | Fort Bend County Toll Road Authority | ☐ Contingent | |
| | P.O Box 9970 | ☐ Unliquidated | |
| | Trenton, NJ 08650-2970 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $269.00 |
|---|---|---|---|
| | Francisco Borrego | ☐ Contingent | |
| | 189 Parkwood | ☐ Unliquidated | |
| | Kilgore, TX 75662 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Unpaid Insurance Claims | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>Gator Testing Services<br>41 HC Pioneer Parkway<br>Sulphur Springs, TX 75482 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,693.75 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>Genco Energy Services<br>PO Box 720130<br>McAllen, TX 78504 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,104.15 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>Genesis Drug Testing<br>P. O. Box 452307<br>Laredo, TX 78045 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,290.00 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>Gotco International, Inc.<br>P.O. Box 60453<br>Accounts Receivable<br>Houston, TX 77205 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,129.95 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address**<br>Great America Financial Services<br>Po Box 660831<br>Dallas, TX 75266-0831 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,209.68 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Lease payments__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address**<br>Great Plains Oilfield Rental<br>P. O. Box 650840<br>Dallas, TX 75265-0840 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $9,050.42 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Lawsuit__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address**<br>Guice Engineering Inc.<br>P.O. Box 3632<br>Longview, TX 75606 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $61,702.50 |
|---|---|---|---|
| | **Date(s) debt was incurred __** | **Basis for the claim:** __Lawsuit__ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,240.48 |
|---|---|---|---|
| | Harrison Supply, Inc<br>P.O. BOX 306<br>Devine, TX 78016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,415.59 |
|---|---|---|---|
| | Hatec International, Inc.<br>P.O. Box 539<br>Sutherland Springs, TX 78161 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Hesco Oilfield Supply Inc.<br>1711 Upland Dr. #105<br>Houston, TX 77043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $379.25 |
|---|---|---|---|
| | Highway Escort Services<br>PO Box 570<br>Saint Amant, LA 70774 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,953.51 |
|---|---|---|---|
| | Hills Specialty Company<br>PO Box 69070<br>Odessa, TX 79769 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $78,809.28 |
|---|---|---|---|
| | Hoisting Wire Rope & Sling<br>P.O. Box 4237<br>Corpus Christi, TX 78469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,622.58 |
|---|---|---|---|
| | Hose Speciality & Supply of Houston LLC<br>5097 Ashley Court<br>Houston, TX 77041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,599.31**

Hotsy/Carlson Equipment Co.
P.O. Box 18643
Austin, TX 78760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$103,070.71**

Howard Supply Company, LLC
P.O. Box 4869
Dept 312
Houston, TX 77210-4869

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,552.69**

Humana. Inc
PO BOX 560
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,657.00**

IMA, Inc.
1705 17th Street, Suite 100
Clarksboro, NJ 08020-2000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00**

IntelliCorp Records, Inc
PO Box 27903
General Post Office
New York, NY 10087-7903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,860.00**

J & M Premier Services Inc
PO Box 1089
Frankston, TX 75763-1089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,256.37**

Jackson Walker L.L.P
P.O. Box 130989
Dallas, TX 75313-0989

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,596.13 |
|---|---|---|---|

James Corona
17939 FM 417 S.
Devine, TX 78016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Insurance Claims

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,596.13 |
|---|---|---|---|

James Elizondo
818 Drew Lane
Pearsall, TX 78061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Insurance Claims

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.30 |
|---|---|---|---|

James Wayne
2608 N. Laurent
Victoria, TX 77901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,674.00 |
|---|---|---|---|

Javier Rodriguez, Jr.
201 Lorna Blanca Road
La Joya, TX 78560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Insurance Claims

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.04 |
|---|---|---|---|

Jay Ellet
309 August St.
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Insurance Claims

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,096,298.73 |
|---|---|---|---|

JCP Leasing, LLC
16 Waterway Court
The Woodlands, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lease Payments

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.36 |
|---|---|---|---|

Joel Leal
PO Box 1283
Freer, TX 78357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid Insurance Claims

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,970.29 |
|---|---|---|---|

**3.96** Nonpriority creditor's name and mailing address
K&K Repair Service, LLC
4855 US HWY 87 S
Victoria, TX 77905

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

$1,970.29

---

**3.97** Nonpriority creditor's name and mailing address
Kennedy Wire Rope & Sling Co. Inc
PO Box 4016
Corpus Christi, TX

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☐ No ☐ Yes

$205,270.38

---

**3.98** Nonpriority creditor's name and mailing address
KSI Services, LLC
c/o J. Hunter Parrish, Dawson & Parish,
309 W. 7th Street, Suite 915
Fort Worth, TX 76102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☐ No ☐ Yes

$22,135.52

---

**3.99** Nonpriority creditor's name and mailing address
Kunkel Inspections LLC
PO Box 3608
Kunkel Oilfield Inspection
Victoria, TX 77903

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$4,325.00

---

**3.100** Nonpriority creditor's name and mailing address
Kyle Erwin Construction, LLC
P.O Box 643
Boyd, TX 76023-0073

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$9,145.00

---

**3.101** Nonpriority creditor's name and mailing address
Lange Distributing Company, Inc.
P.O. Box 3457
Bryan, TX 77805

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

$433.97

---

**3.102** Nonpriority creditor's name and mailing address
Leroy Rangel
PO Box 399
Oakwood, TX 75855

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Insurance Claims__

Is the claim subject to offset? ■ No ☐ Yes

$30,692.60

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $776.00 |
|---|---|---|---|

Lewis Inspection
5836 HWY 30 West
Bedias, TX 77831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $196.37 |
|---|---|---|---|

Life Line Technologies LLC
1245 S College Rd. Suite 101
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,841.10 |
|---|---|---|---|

Logan Jar, LLC (Logan Rental)
7850 N. Sam Houston Parkway W.Suite 100
Houston, TX 77064-3319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,898.06 |
|---|---|---|---|

Logan Kline Tools
8531 East 44th Street
Tulsa, OK 74145-4826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,178.15 |
|---|---|---|---|

Logan Oil Tools,Inc
PO Box 203846
Dallas, TX 75320-3846

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|

LOMC
3202 N Fourth St, Ste 100
Longview, TX 75605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,877.41 |
|---|---|---|---|

Lone Star Safety & Supply, Inc.
2631 Freewood Drive
Dallas, TX 75220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,311.88 |
|---|---|---|---|
| | Lone Star Star Drill Bits<br>4102 Russell Drive<br>Gillen Operating Co In Dba Lone Star Dri<br>Corpus Christi, TX 78408 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|
| | M & M Towing Service<br>1509 Chaparral Road<br>Pearsall, TX 78061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,052.65 |
|---|---|---|---|
| | Ma-Tex Wire Rope Co., Inc<br>1215 Industrial Blvd<br>Kilgore, TX 75662 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $604.20 |
|---|---|---|---|
| | Magic Industries, Inc.<br>2308 S Laurent<br>Victoria, TX 77901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $814.02 |
|---|---|---|---|
| | Main Event<br>901 E Hwy 90A<br>Richmond, TX 77406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $438.88 |
|---|---|---|---|
| | Mantek<br>PO Box 971269<br>Dallas, TX 75397-1269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,068.20 |
|---|---|---|---|
| | Matera Paper Company, Inc.<br>P.O. Box 200184<br>San Antonio, TX 78220-0184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Hamilton Well Service LLC
          _____          Case number (if known)    _____
          Name

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $247,468.57 |
|---|---|---|---|

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield
Houston, TX 77032

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Lawsuit

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,629.18 |
|---|---|---|---|

Maxum Rental Tools, Inc
1502 E. Red River St., Suite 241
Victoria, TX 77901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,955.59 |
|---|---|---|---|

McCarty Equipment Co LTD
PO Box 4346
Dept 207
Houston, TX 77210-4346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,557.33 |
|---|---|---|---|

McGuire Industries
2416 W. 42nd Street
Odessa, TX 79764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $398.89 |
|---|---|---|---|

McKenzie Transportation Co Inc
PO Box 857
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,854.06 |
|---|---|---|---|

Miami Energy Services, LLC
P. O. Box 1057
Pleasanton, TX 78064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Michael W. Foster
c/o Will Sciba, III
Cole Easley Sciba & Williams PC
302 W. Forrest
Victoria, TX 77901

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Lawsuit

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,388.01 |
|---|---|---|---|

Midwest Hose & Specialty, Inc.
P.O. Box 96558
Oklahoma City, OK 73143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,612.25 |
|---|---|---|---|

Miguel Ros
4240 Petter Rainosek Loop
La Grange, TX 78945

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Unpaid Insurance Claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,715.00 |
|---|---|---|---|

Mission Vacuum & Pump Truck Service Inc
PO box 1935
Mission, TX 78573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,752.50 |
|---|---|---|---|

MKS Services LLC
6389 US Hwy 79 South
Palestine, TX 75801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,522.30 |
|---|---|---|---|

Montes Tire Shop
408 W. Comal St.
Pearsall, TX 78061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $883.12 |
|---|---|---|---|

Morgan City Supply/Houma Distributors
PO Drawer 2030
Morgan City, LA 70381

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,051.11 |
|---|---|---|---|

National Oilwell Varco
PO Box 201204
National Oilwell DHT, LP  Wells Fargo Ba
Dallas, TX 75320-1224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,142.29 |
|---|---|---|---|

**3.131** **Nonpriority creditor's name and mailing address**
Navajo Fishing & Rental Tools,Inc
PO Box 2054
Attn: Accounts Receivable
Alvin, TX 77512-2054

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,142.29

---

**3.132** **Nonpriority creditor's name and mailing address**
Netco Energy Products, Inc
P.O.BOX 60063
San Angelo, TX 76906

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$416.88

---

**3.133** **Nonpriority creditor's name and mailing address**
Network Communications
PO BOX 2707
Longview, TX 75606

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$515.34

---

**3.134** **Nonpriority creditor's name and mailing address**
Nieto, LLC
c/o William W. Rucker
3355 W. Alabama, Suite 825
Houston, TX 77098

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

$30,702.38

---

**3.135** **Nonpriority creditor's name and mailing address**
NOV Wellbore Technologies
3782 Reese Road
Rosenberg, TX 77471

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$1,035.65

---

**3.136** **Nonpriority creditor's name and mailing address**
Nova Healthcare
110 Cypress Station, Suite 152
Houston, TX 77090

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$60.90

---

**3.137** **Nonpriority creditor's name and mailing address**
Noverto Garcia
417 Pheasant Drive
Victoria, TX 77905

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Insurance Claims

Is the claim subject to offset? ■ No ☐ Yes

$4,770.51

| Debtor | Hamilton Well Service LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address**<br>Ochoa Services LLC<br>2007 Wharton St<br>El Campo, TX 77437 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,100.80 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.139 | **Nonpriority creditor's name and mailing address**<br>Office Depot, Inc.<br>P. O. Box 660113<br>Dallas, TX 75266-0113 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,200.63 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.140 | **Nonpriority creditor's name and mailing address**<br>Oil & Gas Business Solutions, Inc.<br>4849 Greenvilles Avenue, Suite 1250<br>Dallas, TX 75206 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,465.42 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.141 | **Nonpriority creditor's name and mailing address**<br>On Demand Business Equipment<br>5821 SouthWest Fwy Suite 170<br>Houston, TX 77057 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $666.42 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.142 | **Nonpriority creditor's name and mailing address**<br>On-Site Shred<br>48 N. Timber Top<br>Document Destruction Inc<br>The Woodlands, TX 77380 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $260.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.143 | **Nonpriority creditor's name and mailing address**<br>Osvaldo Salazar<br>414 Patrick Henry<br>Corpus Christi, TX 78406 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,377.66 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Unpaid Insurance Claims_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.144 | **Nonpriority creditor's name and mailing address**<br>P & L Testing LLC<br>P. O. Box 1107<br>Giddings, TX 78942 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,145.94 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

PEC Safety
233 General Patton Avenue
Mandeville, LA 70471

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66,344.22 |
|---|---|---|---|

Pedigree Technologies, LLC
4776 28th Ave S Suite 101
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Penas Welding Service
PO Box 56
San Diego, TX 78384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,237.95 |
|---|---|---|---|

Performance Sales & Service, Inc.
88 Schmidt Dr
Victoria, TX 77905

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Lawsuit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $197.00 |
|---|---|---|---|

Pete Pullin
502 54th Street
Nixon, TX 78140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Unpaid Insurance Claims__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,400.00 |
|---|---|---|---|

Power Torque Services
P.O Box 539
Bourg, LA 70343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $398.71 |
|---|---|---|---|

Praxair Distribution Inc
PO Box 120812 Dept 0812
Dallas, TX 75312-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.152 | **Nonpriority creditor's name and mailing address**<br>PRO Field Services, Inc<br>PO BOX 525<br>Hallettsville, TX 77964 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,747.50 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address**<br>Protection 1<br>PO Box 219044<br>Protection One Alarm Monitoring Inc.<br>Kansas City, MO 64121-9044 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $560.55 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address**<br>Qualitas Oilfield Service<br>PO Box 205419<br>Dallas, TX 75320-5419 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,428.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address**<br>Randy Balderas DBA Trojan Construction<br>P.O. Box 40<br>Charlotte, TX 78011 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,630.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address**<br>Red Dog Oil Tools Inc.<br>PO BOX 1844<br>Magnolia, AR 71754-1844 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,974.55 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address**<br>Red's Satellite Service Company<br>PO Box 559<br>Abilene, TX 79604 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $29,509.18 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Lawsuit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address**<br>Regional Steel Products Inc.<br>P.O. Box 3887<br>Victoria, TX 77903 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,155.06 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address**
Ricardo Lara
2211 Datil St.
Hidalgo, TX 78557

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Insurance Claims

Is the claim subject to offset? ■ No ☐ Yes

$3,547.98

---

**3.160** | **Nonpriority creditor's name and mailing address**
RMS/Travelers Non-Funded
PO Box 361136
Columbus, OH 43236

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

Is the claim subject to offset? ■ No ☐ Yes

$270.40

---

**3.161** | **Nonpriority creditor's name and mailing address**
RNF Trucking, Inc
2107 County Road 206
Alvin, TX 77511

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$795.00

---

**3.162** | **Nonpriority creditor's name and mailing address**
Robert Saucedo
1910 Royal St.
El Campo, TX 77437

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Insurance Claims

Is the claim subject to offset? ■ No ☐ Yes

$2,375.06

---

**3.163** | **Nonpriority creditor's name and mailing address**
Robison Oilfield Instruments
P.O. Box 1078 592 Taylor Street
Mineral Wells, TX 76068

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$8,908.98

---

**3.164** | **Nonpriority creditor's name and mailing address**
Rocking W Energy Services, LLC
PO Box 458
Banquete, TX 78339-0458

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$4,963.88

---

**3.165** | **Nonpriority creditor's name and mailing address**
Rusk County Electric
P. O. Box 1169
Henderson, TX 75653-1169

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

$293.45

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$888.04**

Scott Barrilleaux
5145 Placid Drive
Haltom City, TX 76117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unpaid Insurance Claims

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$295.06**

Secap Finance
PO Box 405371
Atlanta, GA 30384-5371

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,134.55**

Shell
PO Box 183019
Columbus, OH 43218-3019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$486.01**

South Texas Regional Med. Center
P O Box 847974
Dallas, TX 75284-7974

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00**

Southern Tool Inspection, LLC
P.O. Box 52288
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$448.26**

Sparkletts & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64,950.00**

Spill Containment Solutions, Inc.
c/o Fernando F. Valdes
Valdes Law Firm
2600 S. Shore Blvd., Suite 300
League City, TX 77573

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,430.00 |
|---|---|---|---|
| | Stone Trucking Co.<br>P.O. BOX 700<br>Keifer, OK 74041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $690.00 |
|---|---|---|---|
| | Storm Oilfield Services LLC<br>842 fisher Road<br>Many, LA 71449 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,857.34 |
|---|---|---|---|
| | Strouhal Tire Corpus<br>P.O. Box 1000<br>El Campo, TX 77437 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,372.87 |
|---|---|---|---|
| | Super Lube<br>404 N. Oak<br>Pearsall, TX 78061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $892.77 |
|---|---|---|---|
| | Superior Performance Inc.<br>P.O. Box 1080<br>Broussard, LA 70518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $247.74 |
|---|---|---|---|
| | Target Completions LLC<br>1700 North Indianwood Ave<br>Broken Arrow, OK 74012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,788.82 |
|---|---|---|---|
| | Texas Customs & Accessories<br>3907 Elaine Dr<br>Bryan, TX 77808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $220.00 |
|---|---|---|---|

Texas Health Center, PA
4804 N Navarro Street
Victoria, TX 77904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,099.73 |
|---|---|---|---|

Texas Oilfield Hose & Supply LLC
PO Box 260074
Cash Flow Experts, Inc
Corpus Christi, TX 78426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,680.00 |
|---|---|---|---|

Texas Oilfield Transportation, Inc
PO Box 456 Mt.
Enterprises, TX 75681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,548.94 |
|---|---|---|---|

Texas Petroleum Products, Inc.
1014 Gatecrest
Houston, TX 77032

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,635.50 |
|---|---|---|---|

Tiger Industrial Rentals
P.O. Box 790
Crenshaw Enterprises, LTD. DBA  Tiger In
Beaumont, TX 77704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $544.18 |
|---|---|---|---|

TISD
1502 E Red River
True Internet Service
Victoria, TX 77901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,601.30 |
|---|---|---|---|

TNT Car & Truck Toys
PO Box 339
Pleasanton, TX 78064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $823.42
---|---|---|---

TNT Truck Outfitters Graphics
628 HWY 281 S
Pleasanton, TX 78064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,309.28

Transamerica Life Insurance Company
P.O.Box 742504
Trans America Employee Benefits
Cincinnati, OH 45274-2504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

TravelerRMS
PO Box 361136
Columbus, OH 43236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132,021.01

Travelers
13607 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,500.00

Trendon Transport
12020 New Day Dr.
Fort Worth, TX 76179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,179.45

Tri- Element Inc
P.O Box 3586
Houston, TX 77253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,780.00

Trojan Const-PowerFunding
PO Box 95260
Power Funding, Ltd
Grapevine, TX 76099-9752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hamilton Well Service LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $560.00 |
|---|---|---|---|
| | Twin Fountains Walk In Clinic<br>PO Box 4348<br>Victoria, TX 77903-4348 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $610.00 |
|---|---|---|---|
| | Two Rivers Transport & Hot Shot Service<br>1770 Fickey Rd<br>Bryan, TX 77808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $136.53 |
|---|---|---|---|
| | TxTag<br>P O Box 650749<br>Dallas, TX 75265-0749 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,996.73 |
|---|---|---|---|
| | UniFirst Holdings - Bryan 844<br>12700 State Highway 30 Suite 100<br>UniFirst Holdings, Inc<br>College Station, TX 77845 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,440.70 |
|---|---|---|---|
| | UniFirst Holdings - Kilgore 826<br>P O Box 7393<br>UniFirst Holdings, Inc.<br>Longview, TX 75607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,123.34 |
|---|---|---|---|
| | UniFirst Holdings-Pearsall 823<br>Box 776<br>Unifirst Holdings, LLC<br>Uvalde, TX 78802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,907.64 |
|---|---|---|---|
| | UniFirst Holdings-Victoria 815<br>1201 N. John Stockbauer Dr.<br>UniFirst Holdings, Inc<br>Victoria, TX 77901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,905.24 |
|---|---|---|---|

United Vision Logistics
PO Box 975357
United Vision Logistics
Dallas, TX 75397-5357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,660.80 |
|---|---|---|---|

Varel International Ind., L.P.
P.O. Box 123474
Dept. 3474
Dallas, TX 75312-3474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,103.73 |
|---|---|---|---|

Vela Electric
P.O. BOX 539
Pearsall, TX 78061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,154.18 |
|---|---|---|---|

Verizon
PO Box 15043
Albany, NY 12212-5043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Cellular Phone Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $118.57 |
|---|---|---|---|

Verizon - Bryan
PO BOX 920041
Dallas, TX 75392-0041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Cellular Phone Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,691.90 |
|---|---|---|---|

Victoria Electric Cooperative, Inc.
102 S. Ben Jordan PO Box 2178
Victoria, TX 77902-2178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Utility Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $851.84 |
|---|---|---|---|

Victoria Fire & Safety Inc.
P.O. BOX 3381
Victoria, TX 77903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hamilton Well Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,031.40 |
|---|---|---|---|

Vonage Business
PO Box 392415
Pittsburgh, PA 15251-9415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Telephone Service_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $89,508.64 |
|---|---|---|---|

Warrior Supply Inc.
P.O. Box 4989
Victoria, TX 77903

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Lawsuit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $509.10 |
|---|---|---|---|

Waste Management of Texas
PO BOX 43350
Southeast Texas
Phoenix, AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trash Service_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41,876.95 |
|---|---|---|---|

WEX Bank
PO Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,389.75 |
|---|---|---|---|

Woolley Fishing Tool, Inc.
P.O. Box 1249
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $671.70 |
|---|---|---|---|

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Debtor    Hamilton Well Service LLC
          _____
          Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $       6,217,457.33 |
| **5c. Total of Parts 1 and 2** <br>     Lines 5a + 5b = 5c. | 5c. | $       6,217,457.33 |

**Fill in this information to identify the case:**

Debtor name    Hamilton Well Service LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease - #3 Cox Road, Kilgore, Texas | |
| State the term remaining | | BCD Enterprises |
| List the contract number of any government contract | | PO Box 2920<br>Kilgore, TX 75663-2920 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease - 1987 FM 1581 Pearsall, Texas 78061 | |
| State the term remaining | | Brymer Properties, Ltd. |
| List the contract number of any government contract | | 5777 FM 140 East<br>Attn: Jeff Brymer<br>TX 78601 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease - 6270 W. Highway 21, Bryan TX 77807 | |
| State the term remaining | | Donderosa Development Co. |
| List the contract number of any government contract | | 8326 Highway 21<br>TX 78707 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease - 7506 Loop 175, Victoria, TX | |
| State the term remaining | | James Wayne |
| List the contract number of any government contract | | 2608 N. Laurent<br>Victoria, TX 77901 |

| Debtor 1 | Hamilton Well Service LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement | |
|---|---|---|---|
| | State the term remaining | | On Demand |
| | List the contract number of any government contract | | 2650 Fountainview #140 |
| | | | Houston, TX 77057 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease | |
|---|---|---|---|
| | State the term remaining | | Xerox Financial Services |
| | List the contract number of any government contract | | 45 Glover Avenue |
| | | | Norwalk, CT 06856 |

**Fill in this information to identify the case:**

Debtor name ___Hamilton Well Service LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor |
|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City   State   Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City   State   Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City   State   Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City   State   Zip Code | | |

SCHEDULE B - 11
ACCOUNTS RECEIVABLE

HAMILTON WELL SERVICE, LLC

| AR Report Date: | 06/06/2016 | Date | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Houston Petroleum** | | | | | | |
| | | 10/12/2015 | Net 30 | 11/11/2015 | 208 | 10,790.00 |
| | | 10/12/2015 | Net 30 | 11/11/2015 | 208 | 9,435.00 |
| Total Houston Petroleum | | | | | | 20,225.00 |
| **Oil Field Cleantech Water Recycling, LLC** | | | | | | |
| | | 11/21/2014 | Net 30 | 12/21/2014 | 533 | 11,930.00 |
| Total Oil Field Cleantech Water Recycling, LLC | | | | | | 11,930.00 |
| **Petro Tec Oil & Gas** | | | | | | |
| | | 12/26/2014 | Net 30 | 01/25/2015 | 498 | 7,632.50 |
| Total Petro Tec Oil & Gas | | | | | | 7,632.50 |
| **Ranger O & G Operating, LLC** | | | | | | |
| | | 11/19/2014 | Net 30 | 12/19/2014 | 535 | 824.50 |
| | | 11/21/2014 | Net 30 | 12/21/2014 | 533 | 10,525.00 |
| | | 12/01/2014 | Net 30 | 12/31/2014 | 523 | 585.00 |
| | | 12/01/2014 | Net 30 | 12/31/2014 | 523 | 2,145.00 |
| Total Ranger O & G Operating, LLC | | | | | | 14,079.50 |
| **Rick's Well Service** | | | | | | |
| | | 05/28/2015 | Net 30 | 06/27/2015 | 345 | 10,774.09 |
| Total Rick's Well Service | | | | | | 10,774.09 |
| **TOTAL** | | | | | | **64,641.09** |

SCHEDULE B - 11
ACCOUNTS RECEIVABLE

HAMILTON WELL SERVICE, LLC

| AR Report Date: 06/06/2016 | Date | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Americo Energy Resources LLC** | | | | | |
| | 04/06/2016 | Net 30 | 05/06/2016 | 31 | 5,650.00 |
| | 04/07/2016 | Net 30 | 05/07/2016 | 30 | 5,705.00 |
| Total Americo Energy Resources LLC | | | | | 11,355.00 |
| **Bayshore Operating** | | | | | |
| | 11/12/2015 | Net 30 | 12/12/2015 | 177 | 6,927.50 |
| Total Bayshore Operating | | | | | 6,927.50 |
| **Chesapeake Energy Corporation** | | | | | |
| | 03/24/2016 | Net 30 | 04/23/2016 | 44 | 385.00 |
| | 04/11/2016 | Net 30 | 05/11/2016 | 26 | 2,653.75 |
| Total Chesapeake Energy Corporation | | | | | 3,038.75 |
| **Edwin S. Nichols Exploration Inc.** | | | | | |
| | 05/03/2016 | Net 30 | 06/02/2016 | | 2,550.00 |
| Total Edwin S. Nichols Exploration Inc. | | | | | 2,550.00 |
| **Enhanced Recovery Solutions, Inc** | | | | | |
| | 01/08/2016 | Net 30 | 02/07/2016 | 120 | 1,001.70 |
| | 01/08/2016 | Net 30 | 02/07/2016 | 120 | 6,695.00 |
| | 01/08/2016 | Net 30 | 02/07/2016 | 120 | 12,276.34 |
| | 01/15/2016 | Net 30 | 02/14/2016 | 113 | 48,623.50 |
| Total Enhanced Recovery Solutions, Inc | | | | | 68,596.54 |
| **First Solid Energy Group LP** | | | | | |
| | 12/30/2015 | Net 30 | 01/29/2016 | 129 | 1,430.00 |
| | 01/07/2016 | Net 30 | 02/06/2016 | 121 | 1,305.00 |
| | 01/07/2016 | Net 30 | 02/06/2016 | 121 | 16,675.00 |
| | 01/12/2016 | Net 30 | 02/11/2016 | 116 | 4,065.00 |
| | 01/12/2016 | Net 30 | 02/11/2016 | 116 | 6,345.00 |
| | 01/14/2016 | Net 30 | 02/13/2016 | 114 | 17,115.00 |
| | 01/20/2016 | Net 30 | 02/19/2016 | 108 | 12,100.00 |
| | 01/22/2016 | Net 30 | 02/21/2016 | 106 | 10,990.00 |

SCHEDULE B - 11
ACCOUNTS RECEIVABLE

HAMILTON WELL SERVICE, LLC

| | | | | |
|---|---|---|---|---:|
| | 01/28/2016 | Net 30 | 02/27/2016 | 100 | 18,075.00 |
| | 02/09/2016 | Net 30 | 03/10/2016 | 88 | 4,000.00 |
| Total First Solid Energy Group LP | | | | | 92,100.00 |
| **Huma Energy LLC** | | | | | |
| | 04/15/2016 | Net 30 | 05/15/2016 | 22 | 17,750.00 |
| Total Huma Energy LLC | | | | | 17,750.00 |
| **KROG Partners** | | | | | |
| | 11/20/2015 | Net 30 | 12/20/2015 | 169 | 4,700.00 |
| | 01/01/2016 | Net 30 | 01/31/2016 | 127 | 4,532.50 |
| Total KROG Partners | | | | | 9,232.50 |
| **Lone Oak Energy, Inc** | | | | | |
| | 05/03/2016 | Net 30 | 06/02/2016 | | 30,626.50 |
| | 05/10/2016 | Net 30 | 06/09/2016 | | 20,910.00 |
| Total Lone Oak Energy, Inc | | | | | 51,536.50 |
| **Noble Energy** | | | | | |
| | 04/26/2016 | Net 30 | 05/26/2016 | 11 | 75,055.00 |
| | 05/03/2016 | Net 30 | 06/02/2016 | 4 | 55,595.00 |
| | 05/16/2016 | Net 30 | 06/15/2016 | | 60,750.00 |
| **Total Noble Energy** | | | | | 191,400.00 |
| **Sabine Oil & Gas** | | | | | |
| | 03/21/2016 | Net 30 | 04/20/2016 | 47 | 12,247.50 |
| | 04/29/2016 | Net 30 | 05/29/2016 | | 5,495.00 |
| | 04/29/2016 | Net 30 | 05/29/2016 | | 7,025.00 |
| | 05/03/2016 | Net 30 | 06/02/2016 | | 22,937.50 |
| Total Sabine Oil & Gas | | | | | 47,705.00 |
| **Sanchez Oil & Gas** | | | | | |
| | 03/08/2016 | Net 30 | 04/07/2016 | 60 | 941.48 |
| | 03/08/2016 | Net 30 | 04/07/2016 | 60 | 414.06 |
| | 03/17/2016 | Net 30 | 04/16/2016 | 51 | 576.43 |
| | 03/22/2016 | Net 30 | 04/21/2016 | 46 | 1,500.93 |
| | 03/30/2016 | Net 30 | 04/29/2016 | 38 | 1,096.58 |
| | 04/06/2016 | Net 30 | 05/06/2016 | 31 | 734.20 |
| | 04/07/2016 | Net 30 | 05/07/2016 | 30 | 21,355.00 |
| | 04/11/2016 | Net 30 | 05/11/2016 | 26 | 15,015.00 |

SCHEDULE B - 11
ACCOUNTS RECEIVABLE

HAMILTON WELL SERVICE, LLC

| | | | | |
|---|---|---|---|---|
| 04/13/2016 | Net 30 | 05/13/2016 | 24 | 2,550.37 |
| 04/14/2016 | Net 30 | 05/14/2016 | 23 | 14,685.00 |
| 04/25/2016 | Net 30 | 05/25/2016 | 12 | 1,384.20 |
| 04/27/2016 | Net 30 | 05/27/2016 | 10 | 42,240.00 |
| 04/27/2016 | Net 30 | 05/27/2016 | 10 | 19,753.73 |
| 04/29/2016 | Net 30 | 05/29/2016 | 8 | 1,738.20 |
| 04/29/2016 | Net 30 | 05/29/2016 | 8 | 325.00 |
| 05/06/2016 | Net 30 | 06/05/2016 | | 22,440.00 |
| Total Sanchez Oil & Gas | | | | 146,750.18 |
| **Sundance Energy** | | | | |
| 10/08/2015 | Net 30 | 11/07/2015 | 212 | 8,980.00 |
| 10/12/2015 | Net 30 | 11/11/2015 | 208 | 523.21 |
| 10/12/2015 | Net 30 | 11/11/2015 | 208 | 839.26 |
| 10/12/2015 | Net 30 | 11/11/2015 | 208 | 1,882.67 |
| 11/02/2015 | Net 30 | 12/02/2015 | 187 | 957.13 |
| 03/18/2016 | Net 30 | 04/17/2016 | 50 | 1,326.96 |
| 03/24/2016 | Net 30 | 04/23/2016 | 44 | 645.22 |
| 03/24/2016 | Net 30 | 04/23/2016 | 44 | 298.77 |
| 03/24/2016 | Net 30 | 04/23/2016 | 44 | 264.13 |
| 03/24/2016 | Net 30 | 04/23/2016 | 44 | 294.44 |
| 03/24/2016 | Net 30 | 04/23/2016 | 44 | 220.83 |
| 03/24/2016 | Net 30 | 04/23/2016 | 44 | 220.83 |
| 04/18/2016 | Net 30 | 05/18/2016 | 19 | 970.51 |
| 04/29/2016 | Net 30 | 05/29/2016 | 8 | 649.55 |
| 05/09/2016 | Net 30 | 06/08/2016 | | 5,249.36 |
| Total Sundance Energy | | | | 23,322.87 |
| **U.S. Energy Development Corporation** | | | | |
| 04/01/2016 | Net 30 | 05/01/2016 | 36 | 926.00 |
| 04/01/2016 | Net 30 | 05/01/2016 | 36 | 926.00 |
| 04/01/2016 | Net 30 | 05/01/2016 | 36 | 926.00 |
| 04/01/2016 | Net 30 | 05/01/2016 | 36 | 926.00 |
| 04/01/2016 | Net 30 | 05/01/2016 | 36 | 926.00 |
| 05/04/2016 | Net 30 | 06/03/2016 | 3 | 6,721.67 |
| 05/04/2016 | Net 30 | 06/03/2016 | 3 | 5,051.67 |

SCHEDULE B - 11
ACCOUNTS RECEIVABLE

HAMILTON WELL SERVICE, LLC

| | | | | |
|---|---|---|---|---:|
| 05/04/2016 | Net 30 | 06/03/2016 | 3 | 8,241.67 |
| 05/04/2016 | Net 30 | 06/03/2016 | 3 | 9,415.00 |
| Total U.S. Energy Development Corporation | | | | 34,060.01 |
| **TOTAL** | | | | **706,324.85** |

OFFICE AND COMPUTER EQUIPMENT

HAMILTON WELL SERVICE, LLC

SCHEDULE B-41

| Item | Description | Serial Number | Value |
|------|-------------|---------------|-------|
| Laptop | Lenovo Yoga 3 Pro | PF03YXL2 | Unknown |
| Laptop | Lenovo Yoga 3 Pro | QB08157684 | Unknown |
| Laptop | Lenovo Yoga 3 Pro | MP07312Q | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF08JNUF | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF06H6J1 | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF07ZX2E | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF05G4M1 | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF07YTJ5 | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF06H8WF | Unknown |
| Laptop | Lenovo Yoga 3 Pro | QB0225740 | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF03WEC8 | Unknown |
| Laptop | Lenovo Yoga 3 Pro | PF083FPS | Unknown |
| Printer | HP OfficeJet 6230 | TH4AT4B0MH | Unknown |
| Printer | HP OfficeJet 4630 | | Unknown |
| Printer | | 5740 | Unknown |
| Printer | 2546B | | Unknown |
| Monitor | Lenovo | | Unknown |
| Monitor | Lenovo | | Unknown |
| Monitor | Lenovo | | Unknown |
| Monitor | Lenovo | | Unknown |
| Various | Mice, Keyboards, and other computer stuff | | Unknown |
| Tradeshow | dell monitor for tradeshow setup | | Unknown |
| | Tradeshow display booth items | | Unknown |
| Furniture | Various used desks, and office furniture | | Unknown |

**Fill in this information to identify the case:**

Debtor name    Hamilton Well Service LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 16, 2016      X _____

                             Signature of individual signing on behalf of debtor

                             Brett Jensen
                             Printed name

                             Manager
                             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy