IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

| | |
|---|---|
| **MICHAEL W. FOSTER** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CASE NO. _____ |
| § | |
| **HAMILTON WELL SERVICE, LLC,** § | |
| **and BRETT JENSEN, ET AL** § | |
| § | |
| **Defendants.** § | |

## TABLE OF EXHIBITS

| | | |
|---|---|---|
| Exhibit A: | 09.02.2015 | Plaintiff's Original Petition |
| Exhibit B: | 11.06.2015 | Return Citation re Hamilton Well Service, Inc. |
| Exhibit C: | 11.06.2015 | Return Citation re Brett Jensen |
| Exhibit D: | 11.06.2015 | Return Citation re Hamilton Energy Group |
| Exhibit E: | 11.06.2015 | Return Citation re Hamilton Fishing and Rental |
| Exhibit F: | 10.15.2015 | Notice of Hearing |
| Exhibit G: | 10.15.2015 | Defendants' Motion to Transfer Venue and, Subject Thereto, Answer and Verified Denials to Plaintiff's Original Petition |
| Exhibit H: | 10.16.2015 | Setting Letter |
| Exhibit I: | 11.05.2015 | Plaintiff's Vacation Letter |
| Exhibit J: | 11.05.2015 | First Amended Petition/Motion |
| Exhibit K: | 11.05.2015 | Plaintiff's Response to Defendant's Motion to Transfer Venue |
| Exhibit L: | 11.25.2015 | Defendants' Reply in Support of Motion to Transfer Venue |

580964.1

Exhibit M:      12.01.2015      Second Amended Petition

Exhibit N:      12.08.2015      Setting Letter

Exhibit O:      05.17.2016      Vacation Letter

Exhibit P:      06.17.2016      Defendants' Suggestion of Bankruptcy

Exhibit Q:      Docket Sheet from the Victoria County Courts

Exhibit R:      List of all counsel of record & parties

580964.1