| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Hamilton Well Service, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number | 16-33058 |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Daniel Garcia, Jr.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Daniel Garcia, Jr.
Name
6310 Milam Branch Lane
Number   Street
Rosenberg          TX      77471
City               State   ZIP Code

Contact phone  832-361-0594
Contact email  dan0130@hotmail.com

Where should payments to the creditor be sent? (if different)

Daniel Garcia, Jr.
Name
6310 Milam Branch Lane
Number   Street
Roasenberg         TX      77471
City               State   ZIP Code

Contact phone  832-361-0594
Contact email  dan0130@hotmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) ____  Filed on __/__/____
                                                                  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                              page 1

Exhibit "A"

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ _____ 96,838.67 . Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Medical expenses as a result of insurance premiums withheld from wages and not paid to health insurance company

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410          Proof of Claim          page 2

Exhibit "A"

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 13,854.92 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 82,983.75 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/18/2017
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Daniel Garcia, Jr.
      First name    Middle name    Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 6310 Milam Branch Lane
         Number    Street
         Rosenberg                TX        77471
         City                     State     ZIP Code

Contact phone: 832-361-0594       Email: dan0130@hotmail.com

Official Form 410                 Proof of Claim                                page 3

Exhibit "A"

# Daniel (Dan) Garcia, Jr.
## 6310 Milam Branch Ln, Rosenberg, TX  77471
## (832)361-0594
## dan0130@hotmail.com

Outstanding wages and unpaid medical bills from Hamilton Energy Group

| | | |
|---|---|---|
| Unpaid salary | 06/16/2016 to 06/24/2016 | $3,500.00 |
| 3 weeks vacation (offer letter) | | $10,354.92 |

| Medical Institution | Date | Balance |
|---|---|---|
| Memorial Hermann | 02/03/16-02/04/16 | $10,016.50 |
| Memorial Hermann | 2/3/2016 | $40,232.92 |
| Memorial Hermann | 3/15/2016 | $9,146.58 |
| Memorial Hermann | 5/10/2016 | $11,595.57 |
| Memorial Hermann | 2/25/2016 | $481.00 |
| Oakbend Medical Group | 2/4/2016 | $306.00 |
| Brown & Associates Medical Lab | 3/2/2016 | $57.75 |
| IPC of Texas | 03/29/16 - 04/06/16 | $1,846.00 |
| LabCorp | 2/9/2016 | $860.00 |
| UT Physicians | 02/03/16 - 02/25/16 | $5,142.48 |
| UT Physicians | 03/29/16 - 04/05/16 | $1,142.00 |
| Memorial Patholoy | 3/15/2016 | $1,180.00 |
| Memorial Patholoy | 2/4/2016 | $95.00 |
| Methodist Patholoy | 1/19/2016 | $45.95 |
| Larry Caldwell DDS | 2/8/2016 | $836.00 |
| **TOTAL** | | $96,838.67 |

Exhibit "A"