United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 28, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Hamilton Well Service LLC

**Debtor(s)**

Case No.: 16–33058

Chapter: 7

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Rodney D Tow is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/28/23

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE